# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

GARY ROBERT THURMER,

                Petitioner,

v.                                          **ORDER**

JOAN FABIAN, Commissioner of        Civil No. 04-3174 (MJD/JSM)
Corrections,

                Respondent.

Gary Robert Thurmer, pro se.

Donald F. Ryan and John J. Sausen, Crow Wing County Attorneys, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 2, 2005.  [Docket No. 25.]  Petitioner filed objections to the Report and Recommendation.

      Pursuant to statute, the Court has conducted a de novo review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.1(c).  Based on that review, the Court adopts the Report and Recommendation dated August 2, 2005.

      Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The Magistrate Judge's Report and Recommendation dated August 2, 2005, [Docket No. 25] is hereby **ADOPTED**;

2. Gary Robert Thurmer's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Docket No. 1] is **DISMISSED WITH PREJUDICE**;

3. Gary Robert Thurmer's Motion for Habeas Corpus Relief [Docket No. 9] is **DENIED AS MOOT**;

4. Gary Robert Thurmer's Motion to Amend Order [Docket No. 12] is **DENIED AS MOOT**;

5. Gary Robert Thurmer's Motion for Habeas Corpus Relief [Docket No. 18] is **DENIED AS MOOT**.

Dated: September 27, 2005         s/ Michael J. Davis
                                  Judge Michael J. Davis
                                  United States District Court